COUNTY OF FULTON
STATE OF GEORGIA

## DECLARATION OF REUBEN LACK

I, the undersigned, swear or affirm, under penalty of perjury, that the following statements are true and correct, based upon my own, first-hand knowledge:

1. My name is Reuben Lack. I am of the age of majority and under no disability that would prevent me from giving true and complete testimony.

2. I am currently a student at Alpharetta High School ("AHS") in Alpharetta, Fulton County, Georgia.

3. I work very hard academically and have a cumulative GPA of 3.7.

4. In addition to my academic standing, I have been deeply involved in numerous extra-curricular and leadership activities. I am the Captain of the AHS debate team, and have led the team to qualify for the National Tournament of Champions. I am a member of the Fulton County Youth Commission and have made presentations to the Fulton County Board of Commissioners on a number of topics, primarily focused on environmental issues. The Fulton County Board of Commissioners awarded me the "Incredible Dedication Award" in 2011.

5. In April of 2011, I ran for Student Body President of AHS.

6. On April 20, 2011, I delivered a speech to the student body, in which I proposed that student government's focus should be on bringing substantive

1   Initials RL

issues of student concern to the administration, as opposed to being primarily a ceremonial role focused on "school spirit" type events.

7. On April 22, 2011, I was elected to the position of Student Body President for the 2011-12 school year by the students of AHS.

8. Under my leadership as Student Body President, the student council has accomplished a great deal. I lobbied for, and achieved, a change in policy regarding fees students were charged for napkins and utensils in the school cafeteria. I also led initiatives to provide microwaves in the cafeteria and to install bike racks at AHS. I was involved in planning a talent show, organizing prom activities, and for organizing a "Green Week" event to raise awareness for environmental concerns. I also worked at a table for the Canned Food Drive, which we carried out on behalf of North Fulton Charities.

9. The faculty advisors for the AHS student council are Emily Reiser and Michelle Werre.

10. Until they removed me as Student Body President on February 8, 2012, my relationship with Reiser and Werre was positive and constructive. We worked together on all the initiatives and projects of student council, and I did not have any indication from them that they were dissatisfied with my performance.

11. The one possible exception is a conversation I had with Ms. Werre in September 2011. I was unable to attend some homecoming activities due to my

2   Initials RL

participation in a school-sponsored debate tournament at Wake Forest University. When I returned from the tournament, Werre confronted me angrily and stated that I "wasn't being a good role model" because I did not participate in some of the decorating for homecoming. I explained that I was absent due to the debate tournament, another school-sponsored activity. I also expressed to her that my focus as Student Body President would be on bringing student concerns to the administration, as opposed to "school spirit" type events. Werre responded to this statement by telling me that I was "not being a good leader."

12. On December 15, 2011, I emailed fellow members of the student council, seeking support for a resolution that would allow same-sex couples to run for the "prom royalty" positions, which have traditionally been "Prom King and Queen." I planned to introduce the resolution at the first student council meeting of January 2012. Two students emailed back, stating they would support the resolution.

13. At the January 12, 2012, meeting of the student council, I introduced a resolution to support a change to the "prom royalty" tradition to make it more inclusive to gay and lesbian couples. Werre was present as the faculty sponsor. An active discussion developed among the student council members, with each student contributing different ideas. At one point, the councilmembers began to coalesce around the idea of renaming "Prom King and Queen" to "Prom Court." As we were approaching consensus, Werre suddenly interrupted the

conversation and stated, "I don't think this is important," and instructed us to move on to another issue. She stated there would be no further discussion of the issue. Therefore, there was never a formal vote on the issue.

14. At the next student council meeting, on January 26, 2012, I again introduced the "Prom Court" resolution. Werre become visibly agitated. I was afraid she would force a vote on the resolution, so I made a motion to table the resolution, in order to preserve it for later discussion. All students voted in favor of the motion to table the resolution, except me; I opposed my own motion to table so that I could preserve my right to reintroduce the resolution.

15. On January 31, 2012, I began to receive private, unsolicited messages, on the website Facebook, from a fellow student, D████ F████. F████ began by asking "what was going on" with President's Council, a leadership conference I had been planning, and asking me "what ha[d] been accomplished this year." I responded to the email stating that AHS Principal Shannon Kersey had "shot down" a proposal I had made about President's Council. This was a private exchange of messages, not visible to anyone else. The entire exchange occurred off campus.

16. F████ responded, stating that Principal Kersey had told him I was to blame for President's Council not being scheduled, because I did not "follow up" with a proposal I had made. F████ also stated that he was "disappointed" in a speech I delivered to incoming ninth graders, in which I encouraged them to

Initials RL

become involved in extra-curricular activities and expressed how valuable the debate team was for my academic experience. F███ stated that ~~he felt~~ I was "belittling" other clubs, which was not true.

17. A true and accurate transcript of the speech I gave is attached to this declaration. It was a positive, encouraging speech that in no way "belittled" other student organizations. I believe I had a First Amendment right to encourage incoming students to become involved in the debate team.

18. F███ continued to exchange messages with me through February 1, 2012, expressing dissatisfaction with various aspects of my tenure as Student Body President, and criticizing me. This was totally unsolicited, and seemed to come out of nowhere.

19. On February 2, 2012, I began to receive emails from Werre, insisting that I attend a meeting with her and Reiser to discuss "scheduling issues." We had always previously discussed scheduling issues on an informal basis, or over email, so I was very concerned I was going to be punished for bringing up the "Prom Court" issue over Werre's objections. This also followed the strange, unsolicited messages from F███, which concerned me.

20. On February 8, 2012, I attended a meeting with Werre and Reiser. They informed me that I was being removed as Student Body President, effective immediately.

Initials RL

21. At the meeting, ~~Reiser~~ Werre took out a folder, and began to read a list of 16 numbered items of reasons I was being removed. I had never heard complaints about any of these issues previously. Many of the complaints were references to my private message exchange with D███ F███.

22. I attempted to write down the reasons given to me.

23. The 16 items, as I wrote them down, were:

1. Failure to attend student council events.
2. No proper planning of events
3. Tone in emails / belittling
4. Cancelled meetings
5. Undermining emails
6. Not "following through" with President's Council
7. Speech to Freshman referencing the debate team
8. Attack on Principal Kersey
9. Attacked Student Council Members
10. Pushing personal projects
11. Misled council on Green Week
12. Pushing personal projects (again)
13. Promoting policy changes, and not projects
14. Not being a role model
15. Lack of accomplishments

6

Initials RL

16. Not sending ~~remindor emails~~

24. Many of these reasons are directed at activities that I know are protected by the First Amendment. With regard to the speech to the freshman class, in which I spoke about the debate team, I feel I had a right to express the importance of debate to my academic success, and I was not harming anyone by doing so.

25. The reference to "attacking Ms. Kersey" refers to the email exchange with D███ F█████. I told him I was frustrated that Principal Kersey had "shot down" a proposal I made about a student leadership conference. This was a private email exchange that was conducted entirely off-campus. In no way have I ever "attacked" Principal Kersey, or anyone for that matter. I feel this was a legitimate expression of my opinion that Principal Kersey had been responsible for President's Council falling through.

26. "Pushing personal projects," which was repeated twice, refers to my advocacy to reform the prom tradition so that gay couples could potentially be elected to prom court. This was the only point of "personal advocacy" I had made as Student Body President that Reiser or Werre had a problem with. I believe I had a First Amendment right to advocate for the prom proposal.

27. "Promoting policy changes, and not activities" is a reference to what has been my entire platform as Student Body President. I ran on a platform of making student government more responsible for student concerns, and positive

Initials RL

changes, as opposed to being simply a ceremonial title focused on planning "school spirit" type events. I have mentioned this to Reiser and Werre on multiple occasions. I believe I have a First Amendment right to express my view on this issue, and to advocate for this position through my position as Student Body President.

28. A number of the other reasons given to me were false.

29. The statement that I "failed to attend student council events" is false. I have attended more events as Student Body President than any previous Student Body President or current council member. Examples of my attendance at events include:

   a. Student Council meetings. I have no unexcused absences from Student Council meetings. My one absence was due to a college visit out of state at Brandeis University. I have planned and held ten (10) official meetings and numerous unofficial officer meetings in the first half of the year. The previous President held no official meetings and only two unofficial meetings.

   b. Local School Advisory Committee ("LSAC"). The role of student body president is to be the voice of the students to the administration before the LSAC. I have attended all LSAC meetings, actually participated in the discussions, introduced motions, and served as Parliamentarian. The previous Student Body President attended one

8 Initials RL

meeting and brought no student issues forward to the Principal or LSAC despite being given that voice.

c. Student Council Election. I collected ballots, organized homecoming court ballots, assisted in the video speech process, contacted new officers, and organized a successful first meeting

d. Canned Food Drive. I attended two mornings to collect cans and organized the Food Drive Committee.

e. Homecoming. I ran two planning meetings, worked with teacher advisors on theme and daily of spirit wear, and operated the ticket table at lunch, despite the fact that I was unable to attend the actual homecoming game due to a school-sponsored debate tournament at Wake Forest University.

30. Also, with reference to "attending events," I have personal knowledge of two members of student council who were suspended by the faculty advisors for consistently poor attendance, but then reinstated when the students protested. M▓▓▓ D▓▓▓ and T▓▓▓ D▓▓▓ were suspended at the recommendation of Reiser and Werre for not attending meetings. I notified these officers of the decision. After the students protested, Reiser and Werre reversed the decision. I know of no other reason these individuals would be treated more favorably than me for "attendance" issues, except for my expressing and advocating for unpopular views.

9            Initials RL

31. The reference to "not planning events" is also completely false. I planned nearly all the events described above.

32. The reference to "no follow through" is false. All of the accomplishments, which I listed previously, required constant follow-through and planning.

33. "Attacked student council members" must refer to the situation in which M▬ D▬ and T▬ D▬ were suspended at the recommendation of the Reiser and Werre for not attending meetings. This suspension was made with Reiser and Werre's recommendation. At no point did I "attack" these individuals, nor anyone else.

34. With regard to "not being a role model," I believe I have accomplished a great deal as Student Body President, and encouraged my fellow students to participate in issues of importance to them. I believe this refers to me advocating for issues that the faculty advisors disagree with. This is very hurtful to me, because I strive to be a positive role model for my peers.

35. With regard to "lack of accomplishments," I have accomplished a great deal as Student Body President, as detailed above. This is very hurtful to me, because I have worked hard to accomplish many goals.

36. As to the other reasons listed to me, I have very little understanding what they refer to. I asked Reiser and Werre in the February 8 meeting for more information, but they told me the discussion was over, and would not provide

Initials RL

me any more information. I don't know what "tone in emails," being contradictory to teachers in emails," "mislead council on Green Week," or "not sending reminder emails" refers to. I can only say that I strive to be respectful in all communications with my teachers and my peers, even if we disagree on an issue. I follow through on all projects, and have accomplished a great deal as Student Body President. I send frequent reminder emails as to all student government events. As to "Green Week," this is an event organized by the Fulton County Youth Commission's ("FCYC") Environmental Committee, which I chair. The project was approved by the FCYC and has been supported by the Fulton County Commission. I have no idea what Reiser and Werre meant when they said I "mislead" anyone about this project.

37. With regard to the statement that I "cancelled meetings," again, I do not know what this refers to. On two occasions, I notified student council members of a change in the meeting date, each for legitimate, school-related reasons. One meeting was postponed due to an intervening LSAC meeting, and the late December meeting was waived due to approaching final exams and the consensus request of all Student Council members.

38. I asked for an explanation as to specifically what I had done regarding the 16 items. Reiser told me there would be no further discussion, and did not provide me with any specific examples of wrongdoing.

Initials RL

39. I asked for a chance to work through any problems they had, and Werre responded that the council "just didn't think I was a good leader," and that I had been "pushing personal projects."

40. I very much want to continue serving as Student Body President. Being President of AHS during my senior year has been one of my proudest accomplishments. I am devastated that this has been taken from me. I am willing to work with my teachers and administration to resolve any issues, so long as I retain the right to express myself freely and respectfully.

41. By being removed as Student Body President, I also will lose the opportunity to address the student body at graduation, something the President has traditionally done. This is something I have striven to do since I was very young, and I will lose something I can never regain if I am not allowed to return as Student Body President.

I declare, under penalty of perjury, that the foregoing statements are true, correct, and based upon my own personal knowledge.

FURTHER AFFIANT SAYETH NAUGHT.

This 19th day of March, 2012.

_____
Reuben Lack

Initials RL

Attachment to Declaration of Reuben Lack

Text of Speech to Incoming Freshmen

Good Morning everyone. If I may briefly introduce myself. My name is Reuben Lack and I am your Student Body President. I am glad to be here today with our new principal who I hope you all get a chance to meet.

High school is certainly different. The transition from middle school to this huge complex with tons of teachers and thousands of students – which we call High School – is difficult. I understand that. Now, I could give you a list of tips and tricks for getting through your years here, but I think there is one thing that is really helpful for your Freshman year.

High school is a social institution. Beyond the classes and the homework, lie people just like you who are a little nervous about joining a large family. This is why I think everyone needs to find their *niche*. Find that sport, activity or club that you really like. Get into it. Whether it be football, cheerleading, band or even the debate team, find your think to stick onto. If you can discover your talents, broaden your mind – with people who will help you on your path, you have found the right place. It gives you a small group of people to start out with, and it surely will calm you down. It will give you older students to help with work, and something to look forward to each week.

Find your activity to get involved it. Stay with it. Be passionate about it. This will make your experience here all the better. Teachers can only do so much – but with this you need to take the active role.

For me, my activity was debate. Nothing more gives you the critical thinking skills and fun of meeting new people at new places. It even looks good for colleges.

I wish you the best of luck and I hope to see you around today at the club tables and in school next week. Thank you.