

Reuben Lack <reubenlack1@gmail.com>

# Prom Resolution support
3 messages

---

**Reuben Lack <reubenlack1@gmail.com>**     Thu, Dec 15, 2011 at 12:26 PM
Reply-To: reubenlack1@gmail.com
Bcc: 

Hey!
Just a quick question. I will be sponsoring a resolution at our first January student council meeting which would allow same-sex couples to run for both the Prom King and Queen position. This basically would remove the gender restrictions for the nomination process. I think this is a fair way to ensure everyone is recognized at our wonderful Prom!

My question to you is whether you'd be willing to co-sponsor and support this resolution with me.

Thanks!

Reuben

---

     Thu, Dec 15, 2011 at 12:32 PM
To: reubenlack1@gmail.com

Sure Reuben, i'd be willing to support this with you.
[Quoted text hidden]

---

K▆▆ C▆▆ <karishmachowdhury@gmail.com>     Sun, Dec 18, 2011 at 11:28 PM
To: reubenlack1@gmail.com

Of course, it sounds like a great idea.
- Karishma
On Thu, Dec 15, 2011 at 12:26 PM, Reuben Lack <reubenlack1@gmail.com> wrote:
[Quoted text hidden]