# AHS STUDENT COUNCIL
Thursday, January 12, 2012
Meeting Minutes

**Convened at 7:52am**

A regular meeting of the Alpharetta Student Council was held on January 12, 2012, in Ms. Werre's room, the President being at the chair. The President conducted the roll call and 19 members were found 'present'. K▮▮▮ C▮▮▮ was excused; C▮▮▮ S▮▮▮ and L▮▮ T▮▮▮ were absent without an excuse.

The Minutes of the December 15 (Select) Meeting were approved.

A▮▮ D▮▮ was introduced as a new Senior Class Vice President, replacing A▮▮▮ P▮▮.

*General Business*

A discussion regarding Prom Equality was introduced, with discussion centering on several proposals. Informal discussion included comments on the practicality of the proposals and the advantages/disadvantages of a change. Resolutions 7A, 7B, 7C, 7D, were postponed.

G▮▮ A▮▮▮, reporting from the Microwave Committee, announced that the administration has approved a plan to put new microwaves in the cafeteria. At least one that will be used is a donated version.

Green Week logistics were discussed. M▮▮ P▮▮, T▮ H▮ K▮▮, G▮▮ A▮▮▮, D▮▮ G▮▮, and L▮▮▮ F▮▮ were named as new members of the Committee.

Details on the AHS Pageant were discussed, including its date (February 24th). The Council reached consensus that a section of the show will be devoted to each contestant discussing their 'passion'. The Pageant will be connected with the Prom theme, which is Egyptian-based.

*New Business* – No new business was discussed.

**Council adjourned at around 8:30am**