- D████ F████

  - Hey,

    Whats going on with Presidents Council this year? Anything new with student council? Just wondering what has been accomplished this year? Had high hopes for my senior year!



January 31
**Reuben Lack**

  - Hi D████!

    Presidents Council was shot down by Ms Kersey. She did not want to take "instructional time" out of the day for PC time.

    Additionally, let me note the stuff Student Council has done:
    i) removed the utensil and napkin tax
    ii) got new microwaves in the cafeteria
    iii) is purchasing a bike rack for students
    iv) planning an excellent Prom and Talent Show
    v) planning a huge Green Week, to be broadcast on metro atl television

    Regards,

    Reuben



February 1
D████ F████

  - Thats interesting! The reason I posed this message to begin with was because Kersey conveyed to me that the reason we have not had Presidents Council is because you never followed up with her the exact specifics of the program. This disgruntles me a little as you put a lot of time into campaigning for your position but an activity I enjoyed from the past is no longer in action.

    Furthermore, I feel it is necessary for me to convey my disappointment in the speech that occurred at Middle School Transition Night last Wednesday. I felt like instead of acting as Student Body President and introducing the nervous 8th graders to our school, you took the time to hike a pitch for debate. This pitch seemed to belittle other clubs and I feel like this should not have been the purpose of your speech. No other club had the

opportunity to do this? And to me it really felt like you used your position to gain undeserved publicity time and spent zero time welcoming these students.

I understand it is senior year and you have a lot on your plate (debate, college apps, etc), so if you need help managing anything don't be afraid to ask. Myself or one of the many other leaders around our school would love to help! But to be honest it feels to me very little has been accomplished by student council this year and to the things you mentioned:

1) Was it really a tax on these cafeteria items? Or a charge that just ended up being removed?
2) Weren't the microwaves just a donation from a student and not an act of student council.
3) This will be a great addition… when it happens!
4) Although I am not on Prom Committee I hope this is a well-planned event. I really look forward to my senior prom. In regards to talent show FBLA is cosponsoring it with Student Council and its going great.
5) If it happens it would be great to be recognized by local stations.

I understand this is a lot, but I felt like I should express my concern so we can have a successful last semester of high school. Like I said I know you are busy with a ton of commitments so don't be afraid to ask for help if you need it.



- February 1
**Reuben Lack**

- Firstly - she is wrong in that respect. She refused to give him school time for the activity and restricted it in such a way that it would be impossible to make it anything more than a 20-minute discussion group.

  Secondly - my speech was "My Advice". My advice is for freshman to join a club. I gave an example of the club that has worked for me, the debate team, just as I am sure FBLA would be an example you would use. Contextualizing something makes a piece of advice more real and understandable.

  Third - just because we may be bad on publicity means nothing to the real effectiveness of our issues. We have done a heck of a lot more than previous Student Councils - we have met 10 more times than in any previous year and have accomplished changes to *actual school rules on more than one occasion*.

  1) There was a tax implemented in April that was then removed early in the year/August.

  2) The first microwave is donated. We are purchasing at least two others.

  3) Yes.

4) I appreciate your offer for assistance, but I have faith in the 22-strong Student Council which is working very efficiently and effectively this year. I think many of your statements are just assertions, and are rather ignorant of what we're doing. I don't need to announce something daily for us to be successful.

And just this morning we found out that the media center restrictions are being lifted in part to our protests in LSAC meetings.

We make change when we try to, and this Council is the only one in our school's history which *has* tried.



February 1
D███ F███

- Firstly-- Who is him?

Secondly---I do not know if you stayed for the presentation more time past that of which you got to speak. But I gave a speech on getting involved as well and did not mention ANY CLUBS. While I felt your's never even encouraged students to get involved rather to join debate. With phrases like "debate will gets you into college" Never giving credit to the dozens of other prestige organizations at our school.

Third- I did not expect you to publicize everything. Thats why I came to you asking what student council has done. You have always advertised yourself as an open door so I came to you. Also more meetings does not mean results. To me when I think of student council I think of being in charge of putting together events. I feel like you have not taken an active role in this since I am participating in the planning of many events and I do not see close to the 22 or so student council members you described.

1) Productive
2-3) Something that is a lot of talk but no implementation so far. Sounds like President Council.
4) strong? assertions? I made my claims based on what you responded when I came to you asking your accomplishments. I feel like I am in the planning of these events with very few student council members and not you nor the holistic 22 members you describe. I might be wrong on this so don't take this as a whole claim but to date this is what I've seen in my eyes.

I am not asking you to announce things daily and I am not saying you guys have not tried.

I am saying that when you are asked for the status of what student council has done make

accurate claims not optimistic claims. And when you are asked to talk to make it relevant and appropriate for the occasion.



- February 1
**Reuben Lack**

  - lol. him=? I meant to write "us"

    As to the presentation, the principle stands. I highlighted one example. I never mentioned anything about any other clubs. People are free to choose and aren't easily swayed in such a manner. Me providing a personal experience is seriously not something to lose sleep over. You're just not a good advocate for your club if you don't provide *context* for why *you* believe something to be important.

    I always am welcome to questions and comments. But please forgive me if I feel you only had the intention of being negative and attacking from the start of this discussion.

    I do not believe student council is just about activities. So with that, we disagree. I am not the artsy person who is good at decorating places -- but then again, I *never* have promoted myself as that type. I've always been the "we need to change rules" person. You know that.

    Nothing I have mentioned is "optimistic" since everything I have talked about is done or "in the progress of being done".

    And when I speak I speak to connect to the audience. A personal example is the best way to do that. I fully give my endorsement to debate, and there is absolutely nothing wrong with that.



- February 1
D████ F████

  - I would consider myself a good advocate for my club and I am not going to debate you on what makes each of us good leaders for our club. I am sure you do a great amount of work for debate. I am saying that presentation was not meant for you to advertise debate. It was meant to be a memo from our student body president. And there was no focus on anything. Not even getting involved unless its with debate.

    Even if you didn't promote yourself as the artsy person, cause trust me I am no where near artsy. The job of Student Council was to still get these events done.

And to me it means nothing until it has been done, so that might describe our discrepancies on the question of student councils accomplishments.

I don't think this conversation has further purpose. I will gladly seek involvement in the events which I feel student council needs assistance as I have already demonstrated in the past.



February 1
**Reuben Lack**

- You just insinuate that Student Council is lacking something this year or is failing to complete its required activities. That is what I primarily don't understand.



February 1

- To be honest my concern that you used your student council position to promote debate which was an abuse of power. From that I expressed my concern of your abuse of position and lack of personal support to the events of student council especially Presidents Council.



February 1
**Reuben Lack**

- There is nothing wrong promoting what has worked for me. Promoting debate is a piece of advice I'd give to the whole school, especially to Freshman. My experience is one I hope everyone could have. I would promote debate again if I had the chance, in any capacity.

  And again, support for something doesn't always mean being the moderator there. Many times the people behind the scenes are important, and that's what I've done with LSAC and student council.



February 1



- Reuben my point isn't against supporting debate; go for it support it all you want. But there was a time and place for that. In the hallways with every other club. You took advantage of your position in student council to promote your favorite club. An opportunity that many other clubs did not have. I had an opportunity to speak too but not once did I mention a club because I do not abuse my authority and believe I should have to recruit my members in the fashion of every other organization. Even if you were just stating a success story you went above stating what worked for you and went on to promote debate by saying its the best and will get you into college over other organizations.

  I am glad you are the morale support for student council. I can go to bed and not lose any sleep because I am assured that the 22 student council members would all vouch they are in the best hands.



February 1
Reuben Lack

- I did take advantage of my position. I concede that. I just believe that's a good thing when I'm advocating something positive for freshman.



February 1


- Was this belief agreed upon by student council? The organization you were representing?



February 1
Reuben Lack

- It was agreed on by the Student Body President who was the person speaking.



February 1


- So you agreed that you were the proper person to speak?