

# BROCK CLAY
attorneys at law

Community Leaders
Comprehensive Solutions

phone | 770.422.1776
fax | 770.426.6155
www.brockclay.com

Brock, Clay, Calhoun & Rogers, LLC

Marietta Office:
49 Atlanta Street
Marietta, Georgia 30060

Atlanta Office:
400 Galleria Parkway, Suite 1440
Atlanta, Georgia 30339

March 16, 2012

James Radford, Esq.
Suite 260
150 East Ponce de Leon Ave.
Decatur, GA 30030

Re: Lack/Alpharetta High School

Dear Mr. Bradford:

This letter is to follow my correspondence to you of March 13, 2012.

With respect to your understanding about the reasons for the student's removal from his position within student government, your assertions regarding the basis for the student's removal are inaccurate. While the parents and adult student may disagree with the decision of the advisors, the student was dismissed because he performed below expectations as a student body leader. Leadership is a legitimate pedagogical concern of the school, and the position of the student body president bears the imprimatur of the school.

Unfortunately, the student underperformed or acted improperly in several areas including, but not limited to, refusing to comply with the direct instructions of the teachers who served as faculty advisors on several occasions; issues with incivility; admittedly taking advantage of his position; presenting ideas and projects to administration and advisors and failing to follow up on the needed steps to implement these ideas and projects; misrepresenting his progress on projects; canceling and rescheduling meetings that were inconvenient to him, sometimes with little notice; and not participating in all of the activities of student government.

You mention one specific form of protected speech that you believe the student suffered from expressing. However, the allegation that the student was somehow removed for championing the cause of homosexual student rights appears to be a post hoc rationalization. The student did unilaterally place the issue of prom court on the agenda for a council meeting (prom planning is a major function of student council), and then proceeded to bring up the issue of homosexual students' roles in this aspect of the prom. He seemed to argue that there should be the opportunity for a "King and King" or "Queen and Queen" rather than "King and Queen". However, the other students expressed that doing so would only serve to exclude one gender or the other; that a gay or lesbian students could certainly be elected to either position; and that students who are elected as "King" and "Queen" are elected not as a couple, but only a

representative from each gender. Certainly, any student no matter what their sexual orientation, can be elected prom King or Queen by their peers.

At the next meeting, your client asked for a council vote on who would like to table this topic of discussion. All members present (13) voted to table the discussion, except your client. Therefore, the issue was dropped by student decision.

With respect to the comments regarding the student's advocating for programs in which he is particularly interested, students involved in student council are welcome to bring forth and work on any issues in which they are interested. They are certainly welcome to pursue projects that interest them unilaterally if they so choose. At no time has the student been "punished for advancing constructive legitimate causes" as you state. However, student council members, and in particular the president, must also work towards the collective goals of the student body and student council. As I am sure you agree, the president is a representative of the entire student body as well as the school itself.

Please also note that the role of the student body president in graduation exercises is not guaranteed, and it is the Principal's discretion as to who will participate in and speak at graduation exercises. The inclusion of a student who holds any office or title is by no means assured and may or may not continue at the Principal's discretion.

I feel the necessity to point out that any state law claims you may raise or allude to in your letter appear to be covered by sovereign and/or official immunity. Likewise, the facts of this matter do not appear to give rise to any federal cause of action. The cases you cite in your letter do not support your position on this set of facts, and I am aware of no case on point that would. For these reasons, I would suggest that both you and your clients carefully consider your course of action prior to initiating any frivolous litigation. Pursuant to O.C.G.A. § 9-15-14 and Federal Rule 11, the District will seek all available remedies should such action be initiated.

I hope this information is helpful to you.

Sincerely,

BROCK, CLAY, CALHOUN & ROGERS, LLC

Suzann W. Jiles
For the Firm

SWJ:vkw