IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| REUBEN LACK | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| SHANNON KERSEY, EMILY REISER, and MICHELLE WERRE, in their official and individual capacities; and FULTON COUNTY SCHOOL DISTRICT | ) ) ) ) ) ) | 1:12-cv-930-RWS |
| | ) | |
| Defendants. | ) | |

## PLANTIFF'S MOTION TO DISMISS

COMES NOW, Plaintiff Reuben Lack ("Plaintiff" or "Lack") and files this *Motion to Dismiss*, pursuant to Federal Rule of Civil Procedure 41(a)(2).

Lack filed his Complaint and Motion for Preliminary Injunction on March 20, 2012. In conjunction with his Complaint, Lack requested a temporary restraining order ("TRO") and a preliminary injunction requiring his reinstatement as Student Body President. Following a hearing on March 29, 2012, this Court denied the TRO on March 30, 2012. This Court held an evidentiary hearing on Lack's Motion for Preliminary Injunction on April 23, 2012. Following

the hearing, this Court denied the motion for preliminary injunction, issuing a written order on April 24, 2012.

The 2011-2012 school year has ended, and Lack graduated from high school on May 19, 2012. Therefore, the primary relief sought by his Complaint—reinstatement to the position of Student Body President—is no longer available.

Lack maintains his belief that First Amendment activities played at least some role in his removal as Student Body President. In particular, Lack notes the Court's finding in its March 30, 2012 order that statements made in a non-disruptive, off-campus email exchange with another student was a factor considered by school administrators in removing Lack. This finding was undisturbed by the April 24, 2012 Order, and was conceded by the Defendants at the April 23, 2012 opinion.

Nonetheless, Lack does not desire to continue prosecution of a claim for damages or other relief. Taking counsel of the Court's sound insight following the hearing of April 23, 2012, Lack wishes to bring this matter to a conclusion. This litigation has brought an unexpected level of media coverage upon both Lack and his community. That media attention may continue if the case proceeds forward, causing distress both for Lack and the Defendants. Moreover, further litigation would consume judicial resources and impose significant costs on both the Plaintiff's and the Defendants' side. This matter was never about money for

Lack; rather, it was about his desire to stand up for First Amendment values and serve as Student Body President. Given the unavailability of the reinstatement remedy, Lack believes that he, the Defendants, and the community at large would be best served by closing this chapter and achieving final resolution without further proceedings.

Lack, through counsel, has sought a no-strings-attached stipulation of dismissal from Defendants, pursuant to Rule 41(a)(ii). However, those discussions have not led to agreement. Lack hesitates to describe those discussions in this pleading, as they were held in confidence. However, if there is dispute as to this Motion, Lack will be pleased to describe the discussions to the Court on an in camera basis.

Therefore, in order to bring a conclusion to this difficult matter, to provide closure to the parties, to prevent further costs to the parties, and to conserve judicial resources, Lack hereby moves to voluntarily dismiss, with prejudice, the instant action, with each party to bear its own costs.

Respectfully submitted, this June 5, 2012.

James E. Radford, Jr.
Georgia Bar No. 108007
*Counsel for Plaintiff*

James Radford, LLC
150 E. Ponce de Leon Ave, Suite 260
Decatur, Georgia 30030
(678) 369-3609
[james@jamesradford.com](mailto:james@jamesradford.com)

## CERTIFICATE OF SERVICE

I, the undersigned, certify that I have, this day, filed the foregoing *Motion to Dismiss* with the Court's CM/ECF system, which should notify all counsel of record of the filing. I shall also email the file-stamped pleading to counsel of record as follows:

>Todd Hatcher: thatcher@brockclay.com

>Suzann Wilcox Jiles: swilcox@brockclay.com

This June 5, 2012

_____
James E. Radford, Jr.
Georgia Bar No. 108007
*Counsel for Plaintiff*

James Radford, LLC
150 E. Ponce de Leon Ave, Suite 260
Decatur, Georgia 30030
(678) 369-3609
james@jamesradford.com