# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| REUBEN LACK, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | CIVIL ACTION NO. |
| : | 1:12-CV-930-RWS |
| SHANNON KERSEY, *et al.*, : | |
| : | |
| Defendants. : | |

## ORDER

This case comes before the Court on Plaintiff's Motion to Dismiss [35]. Plaintiff filed this motion to voluntarily dismiss all claims against all Defendants on June 5, 2012. Defendants sought three extensions to extend the time that they could respond to this motion, with the last extension expiring July 23, 2012. See Dkt. Nos. [36-38]. However, Defendants never filed a response, and accordingly, Plaintiff's Motion is **UNOPPOSED**. See LR 7.1(B), NDGa ("Failure to file a response shall indicate that there is no opposition to the motion."). Therefore, Plaintiff's Motion [35] is **GRANTED**. The Clerk is directed to close this case with each party bearing its own costs.

**SO ORDERED**, this   13th   day of August, 2012.

_____
**RICHARD W. STORY**
United States District Judge

AO 72A
(Rev.8/82)